IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David Mondragon, Jr.          :        Chapter 13
           Debtor             :        Bankruptcy No.: 18-12945-pmm

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for David Mondgragon, Jr. hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion electronically filed on June 10, 2020 has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on June 10, 2020:*

Jerome B. Blank on behalf of Creditor Wells Fargo Bank, N.A.
paeb@fedphe.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman
ecfmail@readingch13.com

Rebecca Ann Solarz on behalf of Creditor M&T Bank
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

*Via U.S.P.S first class mail on June 10, 2020:*

All other creditors not otherwise notified by means of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
JQuinn@rqplaw.com
Counsel for Debtor

Date: June 10, 2020