IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David Mondragon, Jr.         :         Chapter 13
           Debtor         :         Bankruptcy No.: 18-12945-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for David Mondragon, Jr., Debtor in the above-captioned matter.

2. That a Motion to Approve a Mortgage Loan Modification by and between Debtor and Specialized Loan Servicing was filed with this Court on June 10, 2020.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on June 10, 2020.

4. A certificate of service was filed with the Court on June 10, 2020 declaring timely service to the above-referenced parties.

5. A response deadline was set as June 30, 2019.

6. No response to said Motion has been received as of July 1, 2020.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn,
    Esquire Attorney for
    Debtor
    192 S Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300
    F:　(610) 323-6081

Dated: <u>July 1, 2020</u>