IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David Mondragon, Jr.      :   Chapter 13
           Debtor      :   Bankruptcy No.: 18-12945-pmm

## **ORDER**

AND NOW, after notice and opportunity for hearing, if any, it is hereby ORDERED that Debtor and M&T Bank have permission by the Court to enter into the Mortgage Loan Modification Agreement between the parties.

BY THE COURT:

*Patricia M. Mayer*

**Date: July 7, 2020**

HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE