United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Mondragon, Jr.  
    Debtor

Case No. 18-12945-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi    Page 1 of 1    Date Rcvd: Jul 07, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.  
db             +David Mondragon, Jr.,    1540 Penn Avenue,    Wyomissing, PA 19610-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:

         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
         JOSEPH L QUINN    on behalf of Debtor David   Mondragon, Jr. CourtNotices@rqplaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
         ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                              TOTAL: 8

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David Mondragon, Jr.           :        Chapter 13
            Debtor                            :        Bankruptcy No.: 18-12945-pmm

### **ORDER**

AND NOW, after notice and opportunity for hearing, if any, it is hereby ORDERED that Debtor and M&T Bank have permission by the Court to enter into the Mortgage Loan Modification Agreement between the parties.

BY THE COURT:

*Patricia M. Mayer*

**Date: July 7, 2020**

HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE