| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-12945-PMM**

DAVID  MONDRAGON JR
1540 PENN AVENUE
WYOMISSING  PA    19610

Petition Filed Date: 04/30/2018
341 Hearing Date: 06/19/2018
Confirmation Date: 09/27/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $392.00 | | 03/04/2019 | $400.00 | | 09/11/2019 | $2,968.00 | Monthly Plan P |
| 11/07/2019 | $392.00 | | 12/17/2019 | $392.00 | | 02/10/2020 | $392.00 | |
| 03/26/2020 | $1,176.00 | | 04/20/2020 | $392.00 | | 06/11/2020 | $392.00 | |
| 07/07/2020 | $392.00 | | | | | | | |

**Total Receipts for the Period: $7,288.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,872.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 004 | Unsecured Creditors | $1,445.86 | $0.00 | $1,445.86 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $23,823.98 | $0.00 | $23,823.98 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,017.64 | $0.00 | $2,017.64 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $429.99 | $0.00 | $429.99 |
| 8 | NAVIENT SOLUTIONS INC<br>»» 008 | Unsecured Creditors | $15,595.45 | $2,610.32 | $12,985.13 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $4,184.60 | $0.00 | $4,184.60 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $6,197.52 | $0.00 | $6,197.52 |
| 1 | M&T BANK<br>»» 001 | Mortgage Arrears | $2,342.22 | $0.00 | $2,342.22 |
| 9 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 009 | Attorney Fees | $3,125.00 | $3,125.00 | $0.00 |

**Chapter 13 Case No. 18-12945-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,872.00 | Current Monthly Payment: | $392.00 |
| Paid to Claims: | $5,735.32 | Arrearages: | $784.00 |
| Paid to Trustee: | $794.46 | Total Plan Base: | $22,592.00 |
| Funds on Hand: | $2,342.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.