UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David Mondragon, Jr., | : | Chapter 13 |
| Debtor | : | No. : 18-12945-pmm |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on September 1, 2020, has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on September 1, 2020:*

Jerome B. Blank on behalf of Creditor Wells Fargo Bank, N.A.
paeb@fedphe.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman (Chapter 13)
ecfmail@readingch13.com

Rebecca Ann Solarz on behalf of Creditor M&T Bank
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

*Via First Class United States Mail on September 1, 2020:*

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@rqplaw.com

Date: September 1, 2020        Counsel for Debtor