UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: David Mondragon, Jr., | : | Chapter 13 |
|---|---|---|
| Debtor | : | No. : 18-12945-pmm |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1.      That I am the attorney for David Mondragon, Jr., Debtor in the above-captioned matter.

2.      That a motion to modify the plan was filed with the Court on September 1, 2020.

3.      That a copy of the Motion, along with a Notice of Motion were served on parties in interest on September 1, 2020.

4.      That a certificate of service was filed with the court on September 1, 2020 declaring timely service to the above-referenced parties.

5.      A response to the Motion was due on or before September 21, 2020.

6.      No response to said Motion has been received as of September 23, 2020.

ROSS, QUINN & PLOPPERT, P.C.

BY:      */s/ Joseph Quinn*
         Joseph Quinn, Esquire
         Attorney I.D. No. 307467
         192 S. Hanover Street, Suite 101
         Pottstown, PA  19464
         T: (610) 323 - 5300
         F: (610) 323 - 6081
Date: September 23, 2020          JQuinn@rqplaw.com