UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David Mondragon, Jr., | : | Chapter 13 |
| Debtor | : | No. : 18-12945-pmm |

## **ORDER**

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated September 1, 2020 is hereby APPROVED.

BY THE COURT:

**Date: September 24, 2020**          _____
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE