United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-12945-pmm
David Mondragon, Jr.                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Randi              Page 1 of 1            Date Rcvd: Sep 24, 2020
                       Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db             +David Mondragon, Jr.,    1540 Penn Avenue,    Wyomissing, PA 19610-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
    FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
    JOSEPH L QUINN    on behalf of Debtor David  Mondragon, Jr. CourtNotices@rqplaw.com
    REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
    ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
     ecfmail@readingch13.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
     ECF_FRPA@Trustee13.com
                                                                                      TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David Mondragon, Jr.,  :  Chapter 13
          Debtor  :  No. : 18-12945-pmm

### **ORDER**

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated September 1, 2020 is hereby APPROVED.

BY THE COURT:

**Date: September 24, 2020**

_____
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE