UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: David Mondragon, Jr., | : | Chapter 13 |
| Debtor | : | No. : 18-12945-pmm |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for David Mondragon, Jr., debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on September 2, 2020 along with the Notice of Application and Certificate of Service were timely served on parties in interest on September 2, 2020.

3. A response deadline to the application was due on or before September 23, 2020.

4. As of October 7, 2020, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: October 7, 2020