United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-12945-pmm

David Mondragon, Jr.  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Randi | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

**Recip ID        Recipient Name and Address**
db              + David Mondragon, Jr., 1540 Penn Avenue, Wyomissing, PA 19610-2136

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:**

**Name**        **Email Address**

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JOSEPH L QUINN
    on behalf of Debtor David Mondragon  Jr. CourtNotices@rqplaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

District/off: 0313-4     User: Randi     Page 2 of 2
Date Rcvd: Oct 09, 2020     Form ID: pdf900     Total Noticed: 1

United States Trustee     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R     on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 8

# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  David Mondragon, Jr.,          |          Chapter 13
               Debtor(s)          |          BK No. 18-12945-pmm

## ORDER

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Application in the amount of **$982.00**.  This amount may be paid to counsel by the Trustee to the extent permitted by the confirmed chapter 13 Plan.

BY THE COURT:

Dated: 10/9/20

_Patricia M. Mayer_
_____
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE