Office Mailing Address:

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-12945-PMM**

DAVID  MONDRAGON JR
1540 PENN AVENUE
WYOMISSING  PA    19610

Petition Filed Date: 04/30/2018
341 Hearing Date: 06/19/2018
Confirmation Date: 09/27/2018

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $392.00 | | 03/26/2020 | $1,176.00 | | 04/20/2020 | $392.00 | |
| 06/11/2020 | $392.00 | | 07/07/2020 | $392.00 | | 08/14/2020 | $392.00 | |
| 09/09/2020 | $392.00 | | 10/29/2020 | $392.00 | | 12/14/2020 | $392.00 | |
| 01/19/2021 | $392.00 | | 02/09/2021 | $392.00 | | 03/22/2021 | $392.00 | |
| 04/13/2021 | $392.00 | | 05/19/2021 | $392.00 | | | | |

**Total Receipts for the Period:  $6,272.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 4 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 004 | Unsecured Creditors | $1,445.86 | $148.01 | $1,297.85 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $23,823.98 | $2,659.55 | $21,164.43 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $2,017.64 | $225.25 | $1,792.39 |
| 3 | MOMA FUNDING LLC »» 003 | Unsecured Creditors | $429.99 | $35.77 | $394.22 |
| 8 | NAVIENT SOLUTIONS INC »» 008 | Unsecured Creditors | $15,595.45 | $2,963.12 | $12,632.33 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $4,184.60 | $467.14 | $3,717.46 |
| 2 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $6,197.52 | $691.85 | $5,505.67 |
| 1 | M&T BANK »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC »» 009 | Attorney Fees | $3,125.00 | $3,125.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $982.00 | $982.00 | $0.00 |

**Chapter 13 Case No. 18-12945-PMM**

| SUMMARY |
|---------|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,400.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $11,297.69 | Arrearages: | $238.80 |
| Paid to Trustee: | $1,076.70 | Total Plan Base: | $21,263.80 |
| Funds on Hand: | $25.61 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.