Office Mailing Address:                                    Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                  Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                 P.O. Box 680
Reading, PA  19606                                        Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-12945-PMM**

DAVID  MONDRAGON JR                               Petition Filed Date: 04/30/2018
1540 PENN AVENUE                                  341 Hearing Date: 06/19/2018
WYOMISSING  PA    19610                           Confirmation Date: 09/27/2018

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $392.00 | | 05/19/2021 | $392.00 | | 06/23/2021 | $392.00 | |
| 08/02/2021 | $392.00 | 8/2/2021 | 10/12/2021 | $392.00 | | 12/28/2021 | $392.00 | |
| 01/13/2022 | $1,295.80 | | 04/12/2022 | $375.00 | | 05/06/2022 | $1,500.00 | |
| 06/14/2022 | $375.00 | | | | | | | |

**Total Receipts for the Period: $5,897.80  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $17,513.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 004 | Unsecured Creditors | $1,445.86 | $307.41 | $1,138.45 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $23,823.98 | $5,218.84 | $18,605.14 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $2,017.64 | $428.98 | $1,588.66 |
| 3 | MOMA FUNDING LLC »» 003 | Unsecured Creditors | $429.99 | $94.17 | $335.82 |
| 8 | DEPARTMENT OF EDUCATION LOAN SERVICES »» 008 | Unsecured Creditors | $15,595.45 | $3,559.32 | $12,036.13 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $4,184.60 | $916.67 | $3,267.93 |
| 2 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $6,197.52 | $1,357.62 | $4,839.90 |
| 1 | M&T BANK »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC »» 009 | Attorney Fees | $3,125.00 | $3,125.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $982.00 | $982.00 | $0.00 |

**Chapter 13 Case No. 18-12945-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,513.80 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $15,990.01 | Arrearages: | $375.00 |
| Paid to Trustee: | $1,501.46 | Total Plan Base: | $21,263.80 |
| Funds on Hand: | $22.33 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.