Certificate Number: 05781-PAE-DE-037363722

Bankruptcy Case Number: 18-12945



05781-PAE-DE-037363722

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 20, 2023, at 1:57 o'clock PM PDT, David Mondragon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 20, 2023            By:    /s/Allison M Geving

                                 Name:  Allison M Geving

                                 Title: President