United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-12945-pmm

David Mondragon, Jr. Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Apr 25, 2023      Form ID: 138OBJ      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Mondragon, Jr., 1540 Penn Avenue, Wyomissing, PA 19610-2136 |
| 14177899 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14443207 | + | M&T Bank, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14100288 | + | Petro Oil, 4025 Pottsville Pike, Reading, PA 19605-1201 |
| 14100289 | + | Reading Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14100295 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 25 2023 23:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 25 2023 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14100280 | | Email/Text: g20956@att.com | Apr 25 2023 23:49:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 14127646 | + | Email/Text: g20956@att.com | Apr 25 2023 23:49:00 | AT&T Mobility II LLC, c/o AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14100279 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 25 2023 23:49:00 | Aspire, Pob 105555, Atlanta, GA 30348-5555 |
| 14100281 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Apr 25 2023 23:49:00 | Bluegreen Vacations Co, 4960 Conference Way N #, Boca Raton, FL 33431 |
| 14100282 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2023 23:54:46 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14100283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2023 23:54:46 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14100284 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 25 2023 23:54:48 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14161342 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2023 23:54:45 | LVNV Funding, LLC its successors and assigns as, assignee of Golden Caps Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14161556 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-12945-pmm   Doc 91   Filed 04/27/23   Entered 04/28/23 00:33:05   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 25 2023 23:54:44 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14100285 | + | Email/Text: Documentfiling@lciinc.com | Apr 25 2023 23:49:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14438037 | | Email/Text: camanagement@mtb.com | Apr 25 2023 23:49:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288, Attn: Payment Processing |
| 14174528 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 25 2023 23:54:53 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14100286 | + | Email/Text: bankruptcynotices@psecu.com | Apr 25 2023 23:49:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14161125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2023 23:54:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14124914 | | Email/Text: bnc-quantum@quantum3group.com | Apr 25 2023 23:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14100291 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2023 23:54:54 | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 14100292 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2023 23:54:44 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14101154 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2023 23:54:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14100293 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 25 2023 23:49:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14100294 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 25 2023 23:54:53 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 14120808 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 25 2023 23:54:48 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14106938 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 25 2023 23:54:53 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14100290 | | Suzie Martin |
| 14100287 | ##+ | Peerless Credit Services, Inc., PO Box 518, Middletown, PA 17057-0518 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 25, 2023 | Form ID: 138OBJ | Total Noticed: 30

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2023         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:**

**Name**              **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JEROME B. BLANK
  on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com

JOSEPH L QUINN
  on behalf of Debtor David Mondragon  Jr. CourtNotices@rqplaw.com

ROLANDO RAMOS-CARDONA
  on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: David Mondragon, Jr.
    Debtor(s)

Case No: 18−12945−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/25/23

89 − 88
Form 138OBJ